**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
AJ de Bartolomeo (SBN 136502)
Sophia V. Pintar (SBN 367193)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*ajd@kaplanfox.com*
*spintar@kaplanfox.com*

*Attorneys for Plaintiff Nancy Zeldin, and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY ZELDIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHOSEN FOODS LLC,<br><br>Defendant. | Case No. 3:26-cv-05565-DMS-BJW<br><br>Class Action<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| Matthew B. George, Esq., Bar #239322<br>Kaplan Fox & Kilsheimer, LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>*Telephone No:* 415-772-4700 *FAX No:* 415-772-4707 | | |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of California | | |
| *Plaintiff(s):* Nancy Zeldin individually, and on behalf of all others similarly situated<br>*Defendant:* Chosen Foods, LLC | | |

| **PROOF OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26cv5565CABBJW |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Demand Letter; Complaint

3. *a. Party served:* Chosen Foods, LLC
   *b. Person served:* c/o Jason Moraff, Registered Agent

4. *Address where the party was served:* 350 Camino de la Reina, Suite 400, San Diego, CA 92108

5. *I served the party:*
   b. **by substituted service.** On: Thu., Oct. 01, 2026 at: 9:11AM by leaving the copies with or in the presence of:
   Gladys Espoda, Admin, Caucasian, Female, 50 Years Old, Blond Hair, Glasses Eyes, 5 Feet 9 Inches, 120 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. ***Person Who Served Papers:***
   a. Mark X. Sullivan
   b. **Class Action Research & Litigation**
   406 Sunrise Ave. Suite 310
   Roseville, CA 95661
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee*** *for Service was:* $171.90
   e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 3477
   *(iii) County:* San Diego

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

***Date: Thu, Oct. 01, 2026***

**(Mark X. Sullivan)**